IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re ADAM ESPINOZA,                              No. C 13-01901 YGR (PR)

**JUDGMENT**

_____/

    For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

DATED: June 4, 2013

**Y**VONNE **G**ONZALEZ **R**OGERS
**U**NITED **S**TATES **D**ISTRICT **C**OURT **J**UDGE

G:\PRO-SE\YGR\CR.13\Espinoza1901.jud.frm